UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRIEDWARDT WINTERBERG, | Case No. 3:19-cv-00747-MMD-CLB |
| Plaintiff, | |
| v. | |
| THE UNIVERSITY OF NEVADA RENO, REGENTS: JASON GEEDES, MARK W. DOUBRAVA, PATRICK R. CARTER, AMY J. CARVALHO, CAROL DEL CARLO, TREVOR HAYES, SAM LIEBERMAN, CATHY McADOO, DONALD SYLVANTE McMICHAEL, SR., JOHN T. MORAN, KEVIN J. PAGE, LAURA E. PERKINS, RICK TRACHOK, *et al.*, | *And related case* |
| Defendants. | |
| FRIEDWARDT WINTERBERG, | |
| Plaintiff, | Case No. 3:20-cv-00002-MMD-CLB |
| v. | |
| THE UNIVERSITY OF NEVADA RENO BOARD OF REGENTS: JASON GEDDES, MARK W. DOUBRAVA, PATRICK CARTER, AMY J. CARVALHO, CAROL DEL CARLO, TREVOR HAYES, SAM LIEBERMAN, CATHY McADOO, DONAL SYLVANTE MICHAEL Sr., JOHN T. MORAN, KEVIN J. PAGE, LAURA E. PERKINS, RICK TRACHOK, *et al.*, | CONSOLIDATION ORDER |
| Defendants. | |

Plaintiff Friedwardt Winterberg separately brought Case Nos. 3:19-cv-00747-MMD-CLB and 3:20-cv-00002-MMD-CLB. Both cases have been assigned to Chief Judge Miranda M. Du and Magistrate Judge Carla L. Baldwin. On March 26, 2020, the Court ordered the parties to show cause ("OSC") why these two cases should not be consolidated pursuant to Local Rule 42-1(b). (3:19-cv-00747-MMD-CLB (ECF No. 53);

3:19-cv-00002-MMD-CLB (ECF No. 43)). The parties have since responded. (*E.g.*, 3:19-cv-00747-MMD-CLB (ECF Nos. 54, 55).) Plaintiff's response is essentially unresponsive to the Court's OSC (*see generally id.* at ECF No. 54). Defendants responded with a non-objection to consolidation. (3:19-cv-00747-MMD-CLB (ECF No. 55); 3:19-cv-00002-MMD-CLB (ECF No. 44)). In the interest of judicial economy, the Court has determined that good cause exists to consolidate the two cases under Local Rule 42-1(b).

It is therefore ordered that the Clerk of the Court is directed to consolidate Case No. 3:20-cv-00002-MMD-CLB with Case No. 3:19-cv-00747-MMD-CLB and all future pleadings must bear Case No. 3:19-cv-00747-MMD-CLB. The Clerk is further directed to close Case No. 3:20-cv-00002-MMD-CLB.

DATED THIS 10th day of April 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE